UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:18-CR-00321(1)-ADA |
| | § | |
| (1) ERIC ANZALDUA | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On April 4, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ERIC ANZALDUA, which alleged that Anzaldua violated a condition of his supervised release and recommended that Anzaldua's supervised release be revoked (Clerk's Document No. 62). A warrant issued and Anzaldua was arrested. On April 11, 2025, Anzaldua appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Anzaldua appeared before the magistrate judge on April 22, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on April 25, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Anzaldua, the magistrate judge recommends that this court continue Anzaldua supervised release.   The magistrate judge recommends the additional following special conditions:  The defendant shall participate in the Location Monitoring Program for a term of 120 days. The defendant will be placed on curfew and shall remain at the place of residence from 10 PM until 6 AM. The defendant shall participate in the Location Monitoring Program with Radio Frequency Monitoring for a period of 120 days. The defendant shall abide by the rules and regulations of the Participant Agreement Form.  The defendant shall wear an electronic monitoring device and follow location monitoring procedures specified by the probation officer.
The defendant shall pay for the costs of the program if financially able. (Clerk's Document  No. 75).

    A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On April 22, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 74). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 75 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ERIC ANZALDUA 'sterm of supervised release is hereby CONTINUED. In addition, defendant Anzaldua shall comply with the following special conditions:

The defendant shall participate in the Location Monitoring Program for a term of 120 days. The defendant will be placed on curfew and shall remain at the place of residence from 10 PM until 6 AM. The defendant shall participate in the Location Monitoring Program with Radio Frequency Monitoring for a period of 120 days. The defendant shall abide by the rules and regulations of the Participant Agreement Form. The defendant shall wear an electronic monitoring device and follow location monitoring procedures specified by the probation officer. The defendant shall pay for the costs of the program if financially able.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 25th day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE